Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN APC**
2103 Montrose Ave., Suite D
Montrose, Ca. 91020
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Riva Lazarian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA LAZARIAN, an Individual;<br><br>    Plaintiff,<br><br>vs.<br><br>COMENITY CAPITAL BANK, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity,<br><br>    Defendants. | Case No.: **2:23-cv-02906-JFW-ASx**<br><br>Hon. John F. Walter<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT COMENITY CAPITAL BANK, *ONLY* |

Plaintiff Riva Lazarian and Defendant COMENITY CAPITAL BANK *Only*, have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Riva Lazarian against Defendant COMENITY CAPITAL BANK *Only*, are in all respects dismissed with prejudice.

DATED this 12th day of June 2024.          _____
                                            HON. JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE